1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,              Case No.  13-cr-00249-JSW-1
8                    Plaintiff,             Case No.  15-cr-00348-JSW-1
9           v.
                                            **ORDER TO SHOW CAUSE**
10   JAMAR BLINCOE,
11                    Defendant.
12
13          These two cases were scheduled for status conferences on October 18, 2016 at 1:00 p.m.

14   Counsel for Defendant, Gilbert Eisenberg, Esq., did not appear, and did not seek leave to have

15   alternate counsel appear on his behalf.  (*See* Criminal Standing Order ¶ 3.)

16          Accordingly, Mr. Eisenberg is HEREBY ORDERED to show cause why he should not be

17   sanctioned in the amount of $500.00 for his failure to appear and for his failure to comply with the

18   Court's Criminal Standing Order.  Mr. Eisenberg's response to his Order to Show Cause shall be

19   due by no later than October 28, 2016.

20          **IT IS SO ORDERED.**

21   Dated: October 19, 2016

22                                        _____

23                                        JEFFREY S. WHITE
                                          United States District Judge
24
25
26
27
28